PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

**FILED**

May 01, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT

BY: _____ CV
DEPUTY

FOR THE __Western__ DISTRICT OF TEXAS

__Waco__ DIVISION

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

__Lonnie Gene Ragan__
PETITIONER
(Full name of Petitioner)

__Stevenson, Cuero, Texas 77954__   1525 FM 766
CURRENT PLACE OF CONFINEMENT

vs.

__TDCJ# 02226078__
PRISONER ID NUMBER

**6:23-cv-00317**

__17-11-20565__

__Metz__
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

CASE NUMBER
(Supplied by the District Court Clerk)

## INSTRUCTIONS - READ CAREFULLY

1.  The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2.  Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3.  Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4.  If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check all that apply)

- [x] A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- [ ] A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- [ ] A disciplinary proceeding. (Answer Questions 1-4, 15-19 & 20-25)
- [ ] Other: _____ (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
**Note:** In answering questions 1-4, you must give information about <u>the conviction for the sentence you are presently serving</u>, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: __82nd district Court of Robertson Co. Frankling Tx. 77856 15 yrs. TDC__

2. Date of judgment of conviction: __Oct. 18, 2018__

3. Length of sentence: __15 yrs.__

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: __17-11-20565 assault causing bodily injury / impeding breath or Circulation__

-2-

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)  ☒ Not Guilty  ☐ Guilty  ☐ Nolo Contendere

6. Kind of trial: (Check one)  ☐ Jury  ☒ Judge Only

7. Did you testify at trial?  ☐ Yes  ☒ No

8. Did you appeal the judgment of conviction?  ☒ Yes  ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? 10th District, Waco

   Cause Number (if known): No. 10-18-00366CR

   What was the result of your direct appeal (affirmed, modified or reversed)? Refused

   What was the date of that decision? November 18, 2020

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: Ragan contends his waiver of his right to a jury trial did not meet contitutional requirements

   Result: Refused

   Date of result: November 18, 2020   Cause Number (if known): No. 10-18-00366-CR

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: N/A

   Date of result: N/A

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.  ☒ Yes  ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: 82nd district court of Robertson Co.

    Nature of proceeding: 11.07 Writ Application Form

    Cause number (if known): 17-11-20565

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: Nov 28, 2022

Grounds raised: Ineffective Assistance of Counsel, Ineffective Assistance of Counsel, Insufficent Evidence, Insufficient Evidence

Date of final decision: 12-1-2022

What was the decision? no merits were found.

Name of court that issued the final decision: 82nd district court Robertson Co.

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: N/A

Nature of proceeding: N/A

Cause number (if known): N/A

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: N/A

Grounds raised: N/A

Date of final decision: N/A

What was the decision? N/A

Name of court that issued the final decision: N/A

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?   ☐ Yes   ☒ No

(a) If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: N/A

(b) Give the date and length of the sentence to be served in the future: N/A

-4-

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?   ☐ Yes   ☐ No

**Parole Revocation:**

13. Date and location of your parole revocation: _____N/A_____

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation?   ☐ Yes   ☐ No

    If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?   ☐ Yes   ☐ No

16. Are you eligible for release on mandatory supervision?   ☐ Yes   ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____N/A_____

    Disciplinary case number: _____N/A_____

    What was the nature of the disciplinary charge against you? _____N/A_____

18. Date you were found guilty of the disciplinary violation: _____N/A_____

    Did you lose previously earned good-time days?   ☐ Yes   ☐ No

    If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _____N/A_____

    Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: _____N/A_____

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?   ☐ Yes   ☐ No

    If your answer to Question 19 is "Yes," answer the following:

    Step 1 Result: _____N/A_____

Date of Result: _N/A_

Step 2  Result: _N/A_

Date of Result: _N/A_

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A. **GROUND ONE:** _Ineffective Assistance of Counsel_

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_witnesses were not called that been appropiately been disclosed to counsel well before trial and arrangements had been made specifically for their testimonies, which was a violation of my rights. One my boss a retiered police officer and wife dispatch also and one x-girlfriend._

B. **GROUND TWO:** _Ineffective Assistance of Counsel_

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_failure to object to no medical records to back up any claim of a broke arm/no x-rays. the subject of a broke arm was the sole claim to the EMS staff, nurses, doctor, and investigators. Totally the opposite was testified by Dr. Arron Buzzard_

C.  **GROUND THREE:** Insufficient Evidence

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

on the grounds of Bodily injury according to the States witness Dr. Arron Buzzard and the Ems. testimony

D.  **GROUND FOUR:** Insufficient Evidence

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

on grounds of the cause of Bodily injury was insufficient Consideing the aggressiness, uncorpertativeness, and combative nature of the complaintant while in the back of ambulance, which Ems. pshically restain complaintant.

21. Relief sought in this petition: Reduction of time

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?   ☐ Yes   ☒ No
If your answer is "Yes," give the date on which <u>each</u> petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

_____N/A_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?   ☐ Yes   ☐ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☐ Yes   ☒ No

If your answer is "Yes," state <u>briefly</u> what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

_____N/A_____

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____N/A_____

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: __Hoagie Karrels__
    (b) At arraignment and plea: __Hoagie Karrels__
    (c) At trial: __Hoagie Karrels__
    (d) At sentencing: __Hoagie Karrels__
    (e) On appeal: __Stan Schwieger__
    (f) In any post-conviction proceeding: __N/A__

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on __April 25, 2023_____ (month, day, year).

Executed (signed) on __April 25, 2023_____ (date).

__Lonnie Gene Ragan_____
Signature of Petitioner (required)

Petitioner's current address: __Stevenson Facility 1525 FM 766 Cuero, Tx. 77954__

—10—

This is my summary of the events leading up to Ragan's conviction. Dr. Arron Buzzard testified Shelly Boussard had no broke arm and that is the assault causing bodily injury Ragan is charged with cause no. 17-11-20565. The paramedics report stated shelly in amulance very combative and uncooperative and had to be restrained by paramedic holding her down with paramedics knee in shelly's chest and holding her risk and legs while she is in seizure activity then in trial shelly testified that she doesn't know how she got bruises but blames it on Ragan her boyfriend that called her the amulance from Coal mine parking lot. Shelly later tells Dr. Buzzard and nurse on duty there's no domestic abuse and leaves hospitial in paper scrub walking after cussing staff and won't stay in her hospitial room and they (staff) threatens to call the police on shelly

—1—

now Shelly has already lied about a broke arm to Ragan and the RCSO, told staff there is no abuse. Now does that sound like anyone who was assaulted. If she had been assaulted they have a Bryan Police office in the hospital. nothing was said, Police were not called by Dr. Arron Buzzard or Shelly because Shelly lied about the whole event

The pictures evidence state presented had no timestamps and no metadata was presented with them was a violation of Authenication of evidence.

I have a wrecker report that states officer Robert Brown impounded Ragan's truck on october 9th 2017 But yet Robert Brown ~~says~~ testified to having an interveiw with Ragan at his job on the 11th of october 2017 Then ~~that~~ would mean that the wrecker report is also false cause Ragan was

-2-

not arrested till October 17, 2017.

This is all court record and can be seen at the hands of State (RCSO).

My due process rights were violated. The paramedic's report alone is proof there was no assault. The Dr. Arron Buzzard's testimony proves there was no Bodily injury.

Failure to disclose material information such as timestamps and X-rays of anything broken is a Brady violation and a violation of my rights to a fair trial.

Ineffective assistance of counsel is another violation of my due process rights.

Shelly also testified to doing it herself. Everything proves states witness to be a liar and not credited at all. Shelly also suffers from mental illnesses.

-3-

So state ~~knowingly~~ used a prejured police report to arrest Ragan and then ~~knowly~~ Knowingly used a prejured testimony to convict Ragan of a wrongful conviction of 15 yrs. TDC. This is false inprisonment.

I humbly invoke Haines-v-Kerner. I am not skilled in legal matters please except my 11.07 on grounds of Ineffective ~~assanc~~ assistance of Counsel.

Executed and signed 4-25-23

Thank You

Lonnie Gene Ragan

-4-

## Inmate Declaration

I, Lonnie Gene Ragan, pro se, TDCJ-ID. No. 02226078 declare under penalty of perjury that the facts stated above are true and correct.

Lonnie Gene Ragan

SB. No. 02226078

1525 FM 766
Cuero, TX. 77954

— 5 —

To: Clerk       4-25-23

Please forgive me I am indigent and can't pay to file.

Thank You
Lonnie Ragan
God Bless

*page 11*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Article 11.07 Writ Application Form*       *Revised 2018*

Lonnie Kagan  
(SB) No. 07226078  
1525 Fm. 766  
Cuero, TX., 77954

CORPUS CHRISTI TX 784  
THU 27 APR 2023 PM

Waco Division  
United States District Clerk  
U.S. Courthouse,  
800 Franklin Ave. Rm. 380  
Waco, TX. 76707 76701

RECEIVED  
MAY 01 2023  
CLERK, U S DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
BY_____  
DEPUTY CLERK

LEGAL MAIL  
(18 USC §§ 1701-1703)

Privileged Inmate Mail
Not Inspected by Texas
Department of Criminal
Justice - Institutional
Division