# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **LONNIE GENE RAGAN #2226078** | § | |
| | § | |
| **V.** | § | **W-23-CA-317-ADA** |
| | § | |
| **BOBBY LUMPKIN** | § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner Lonnie Gene Ragan's Application for Habeas Corpus Relief and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Lonnie Gene Ragan's Application for Habeas Corpus Relief is hereby **DISMISSED WITH PREJUDICE** as time-barred.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on September 15, 2023

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE